IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | | |
|---|---|---|---|
| KATHY HULBERT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:18-cv-544 |
| | ) | | |
| PARAMJIT SINGH, HJM TRANSPORT, | ) | | |
| INC., and BRS EXPRESS, INC., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Defendants, PARAMJIT SINGH and HJM TRANSPORT, INC., by their attorneys, DRAKE, NARUP & MEAD, P.C., pursuant to 28 U.S.C. §§ 1441 and 1446, remove to this Court the above entitled case from the Circuit Court of St. Clair County, Illinois, and states as follows:

1.       The removed case is a civil action filed on February 6, 2018, in the Circuit Court of the County of St. Clair, Illinois, bearing case number 2018 L 81 in the records and files of that court.

2.       As required by 28 U.S.C. § 1446(a), attached as Exhibit A are copies of the Summons and Complaint served upon Defendant.

3.       Venue of this removed action is proper under 28 U.S.C. § 1441(a) because the Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4.       Plaintiff, Kathy Hulbert, is a citizen of the State of Illinois.

5.       Defendant, Paramjit Singh, is a citizen of the State of New York.

6.       Defendant, HJM Transport, Inc. is incorporated under the laws of New York and its principal place of business is located in New York

7.       Defendant, BRS Express, Inc., which has not yet been served process, is incorporated under the laws of New York and its principal place of business is located in New York.

8.       Defendants HJM Transport and Singh Paramjit were served with Summons and Complaint on or about February 21, 2018.

9.       This Notice of Removal is filed by Defendants with this Court within 30 days of receipt by Defendant through service of the initial pleading as required by 28 U.S.C. § 1446(b).

10.      There is in excess of $75,000 in controversy in this matter.

11.      Although Plaintiff's Complaint only prays for damages in the an amount in excess of $50,000 pursuant to Illinois law pleading requirements, there is in excess of $75,000 in issue. Plaintiff alleges that she was injured in an automobile accident; and alleges that she was temporarily and permanently injured as a result of the accident. Further she will "incur large sums of money in endeavoring to become cured of the said injuries."  Exhibit A, Count I, ¶ 7 and Count II, ¶ 8.

12.      Accordingly, the amount in controversy for Plaintiff's claim is in excess of $75,000, exclusive of interests and costs.

13.      Defendants remove this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

14.     Defendants will promptly serve written notice of removal of this action upon Plaintiff and will file such notice with the Clerk of the Circuit Court for Sangamon County, Illinois, as required by 28 U.S.C. § 1446(d).

15.     Defendant demands a trial by jury of all issues to be tried.

WHEREFORE, Defendants, PARAMJIT SINGH and HJM TRANSPORT, INC., respectfully gives notice that the above-entitled cause is removed from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois.

PARAMJIT  SINGH  and  HJM  TRANSPORT, INC., Defendants

**DRAKE, NARUP & MEAD, P.C.**

By _____s/Randall A. Mead_____
          Randall A. Mead, #06180340
          Drake, Narup & Mead, P.C.
          107 East Allen Street
          Springfield, Illinois 62704
          (217) 528-9776
          (217) 528-9401 facsimile
          Email:  Mead@dnmpc.com

| PROOF OF SERVICE |
|---|

I hereby certify that on this 7th day of March, 2018, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lance Brown
Sam C. Mitchell & Associates
PO Box 280
West Frankfort, IL 62896
Admin@scmitchell.com

_____ s/Randall A. Mead_____

RAM/abt
1915-006
3/6/18