## IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS

KATHY HULBERT, )
)
    Plaintiff, )
) AT LAW
v. )
) No. 18-L-81
PARAMJIT SINGH, HJM TRANSPORT, )
INC. and BRS EXPRESS, INC. )
)
    Defendants. )

### SUMMONS

To each defendant:   HJM Transport, Inc., c/o Authorized Representative, 119-37 Metropolitan Avenue, Apt. 10, Kew Gardens, NY 11415

    Your are summoned and require to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, St. Clair County, Belleville, Illinois, within 30 days after the service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the Officer: Sheriff of Queens County

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

WITNESS _____, 2018

(Clerk of _____ Court) 2/7/2018
KIANA PEARSON

By: _____
(Deputy)

---

SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff
115 East Main Street, P.O. Box 280
West Frankfort, IL 62896
(618) 932-2772

**SHERIFF'S FEES**

Service and return... ........................$_____

Miles _____ ........................ _____

Total ................. ........................$_____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of Service |
|---|---|
| | |

(b) – (Individual defendants – abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of Service | Date of Mailing |
|---|---|---|---|
| | | | |

(c) – (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| | | |

(d) – (Other service):

_____, Sheriff of _____ County

By _____, Deputy

EXHIBIT A

Electronically Filed
Kahalah A. Clay
Circuit Clerk
CARMEN GLENN
18L81
St. Clair County
2/6/2018 9:29 AM
508113

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS

KATHY HULBERT, )
)
Plaintiff, )
) AT LAW
v. )
) No. 18-L-81
PARAMJIT SINGH, HJM TRANSPORT, )
INC. and BRS EXPRESS, INC. )
)
Defendants. )

COMPLAINT

COUNT I

Now comes the Plaintiff, KATHY HULBERT, by Sam C. Mitchell & Associates, her attorneys, and for Count I of her Complaint herein against the Defendant, PARAMJIT SINGH, says:

1.

At all times herein mentioned, Interstate 64 eastbound was a paved, three-lane roadway running generally in an easterly and westerly direction in Caseyville Township, St. Clair County, Illinois, at a location approximately 295 feet west of MP 14.6, and the said roadway was a public roadway.

2.

At all times herein mentioned, the Plaintiff, KATHY HULBERT, was driving and operating a Mazda automobile in an easterly direction on Interstate 64 in the middle lane at or near the aforesaid location.

-2-

3.

At all times material herein, the Defendant, PARAMJIT SINGH, was driving and operating a Freightliner semi truck with attached trailer in an easterly direction on Interstate 64 in the outer-most (right) lane at or near the aforesaid location.

4.

At all times material herein, Alex Schulte was driving and operating a Peterbilt semi truck with attached trailer in an easterly direction on the Interstate 64 in the inside-most (left) lane at or near the aforesaid location.

5.

On May 12, 2016, at about 11:20 a.m., while the vehicles were being driven and operated as stated hereinabove, the Defendant herein did drive the said Freightliner semi truck with attached trailer from the outer-most (right) eastbound lane of travel which he was occupying and into the middle eastbound lane of travel in which the Mazda automobile driven by the Plaintiff was occupying, thereafter forcibly striking the Plaintiff's automobile and causing Plaintiff's Mazda automobile to forcibly strike the Peterbilt semi truck with attached trailer, who was occupying the inner-most (left) lane.

6.

At the said time and place, the Defendant, PARAMJIT SINGH did then and there commit one or more of the following careless and negligent acts or omissions to act thereby proximately causing, in whole or in part, the injuries and damages hereinafter stated:

    a.    Failed to keep a proper lookout for other vehicles on the said roadway, when the Defendant knew or in the exercise of reasonable care should have known that someone would likely be injured thereby.

-3-

b. Failed to reduce the speed of the said Freightliner semi truck with attached trailer when a special hazard existed with respect to other traffic, contrary to the provisions of 625 ILCS 5/11-601(a).

c. Turned the said Freightliner semi truck with attached trailer from a direct course or moved to the left or right upon the roadway when such movement could not be made with reasonable safety, contrary to the provisions of 625 ILCS 5/11-804(a).

d. Drove the said Freightliner semi truck with attached trailer from the lane he was occupying and into the lane occupied by the Mazda automobile driven by the Plaintiff without first ascertaining that such movement could be made with safety, and when the Defendant knew or in the exercise of reasonable care should have known that someone would likely be injured thereby.

e. Failed to drive the said Freightliner semi truck with attached trailer as nearly as practicable entirely within a single lane, contrary to the provisions of 625 ILCS 5/11-709(a).

7.

As a direct and proximate result, in whole or in part, of one or more of the foregoing careless and negligent acts or omissions to act, the Plaintiff herein was temporarily and permanently injured; Plaintiff has been prevented from engaging in her activities of normal life and will in the future be prevented from engaging in her activities of normal life; she has and will in the future suffer great pain and suffering as a result of the said injuries; she has and will in the future expend or incur large sums of money in endeavoring to become cured of the said injuries.

WHEREFORE, Plaintiff, KATHY HULBERT, prays judgment against the Defendant, PARAMJIT SINGH, in such sum as may be FAIR and JUST for the damages herein sustained, together with costs of suit.

-4-

KATHY HULBERT, Plaintiff

BY: _____
SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff

## COUNT II

Now comes the Plaintiff, KATHY HULBERT, by Sam C. Mitchell & Associates, her attorneys, and for Count II of her Complaint herein against the Defendant, HJM TRANSPORT, INC., says:

1-6.

Plaintiff repeats and realleges paragraphs 1 through 6, inclusive, of Count I of the Complaint herein as paragraphs 1 through 6, inclusive, of Count II as fully as if set forth verbatim herein.

7.

At all times herein mentioned, the Defendant, PARAJMIT SINGH, was driving and operating the said Freightliner semi truck with attached trailer as the agent, employee or servant of the Defendant, HJM TRANSPORT, INC., and at all times herein mentioned, the said Defendant was acting within the scope of his agency or employment.

8.

As a direct and proximate result, in whole or in part, of one or more of the foregoing careless and negligent acts or omissions to act, the Plaintiff herein was temporarily and permanently injured; Plaintiff has been prevented from engaging in her activities of normal life and will in the future

-5-

be prevented from engaging in her activities of normal life; she has and will in the future suffer great pain and suffering as a result of the said injuries; she has and will in the future expend or incur large sums of money in endeavoring to become cured of the said injuries.

WHEREFORE, Plaintiff, KATHY HULBERT, prays judgment against the Defendant, HJM TRANSPORT, INC., in such sum as may be FAIR and JUST for the damages herein sustained, together with costs of suit.

KATHY HULBERT, Plaintiff

BY: *Lance P. Brown*

SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff

## COUNT III

Now comes the Plaintiff, KATHY HULBERT, by Sam C. Mitchell & Associates, her attorneys, and for Count III of her Complaint herein against the Defendant, BRS EXPRESS, INC., says:

1-6.

Plaintiff repeats and realleges paragraphs 1 through 6, inclusive, of Count I of the Complaint herein as paragraphs 1 through 6, inclusive, of Count III as fully as if set forth verbatim herein.

-6-

**7.**

At all times herein mentioned, the Defendant, PARAJMIT SINGH, was driving and operating the said Freightliner semi truck with attached trailer as the agent, employee or servant of the Defendant, BRS EXPRESS, INC., and at all times herein mentioned, the said Defendant was acting within the scope of his agency or employment.

**8.**

As a direct and proximate result, in whole or in part, of one or more of the foregoing careless and negligent acts or omissions to act, the Plaintiff herein was temporarily and permanently injured; Plaintiff has been prevented from engaging in her activities of normal life and will in the future be prevented from engaging in her activities of normal life; she has and will in the future suffer great pain and suffering as a result of the said injuries; she has and will in the future expend or incur large sums of money in endeavoring to become cured of the said injuries.

WHEREFORE, Plaintiff, KATHY HULBERT, prays judgment against the Defendant, BRS EXPRESS, INC., in such sum as may be FAIR and JUST for the damages herein sustained, together with costs of suit.

KATHY HULBERT, Plaintiff

BY: _____
SAM C. MITCHELL & ASSOCIATES
Attorneys for Plaintiff

-7-

TO THE CIRCUIT CLERK:

1.  Plaintiff demands a jury of 6 herein.

Sam C. Mitchell & Associates
Attorneys at Law
PO Box 280
West Frankfort, IL 62896
admin@scmitchell.com
618/932-2772 ac

STATE OF ILLINOIS     )
                      )  SS.:
COUNTY OF FRANKLIN    )

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

1.

The Undersigned Plaintiff, in accordance with Supreme Court Rule 222(b), states that the total amount of damages sought in this case exceeds $50,000.

2.

Under penalties as provided by law pursuant S.H.A. 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the things contained in the foregoing instrument are true.

*/s/ Kathy Hulbert*

SUBSCRIBED and SWORN to before me this
____ day of February 2018.

*/s/ Amy Cutsinger*
NOTARY PUBLIC

OFFICIAL SEAL
AMY CUTSINGER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/04/19